FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| | | |
|---|---|---|
| Case No.: | 15-80913 | |
| Case Name: | POWERS, RONALD EDWARD AND POWERS, TAMARA JANE | |
| For the Period Ending: | 03/31/2019 | |

| | | |
|---|---|---|
| Trustee Name: | Lou Ann Marocco | |
| Date Filed (f) or Converted (c): | 11/11/2016 (c) | |
| §341(a) Meeting Date: | 12/20/2016 | |
| Claims Bar Date: | 06/05/2017 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  One and One-Half (1 1/2) Story, Three (3) Bedroom, | $68,200.00 | $0.00 | OA | $0.00 | FA |
| 2  Cash | $40.00 | $0.00 | OA | $0.00 | FA |
| 3  Checking Account Evansville Teachers Federal Credi | $150.00 | $150.00 | OA | $0.00 | FA |
| 4  Health Savings Account Old National Bank - #8320 | $0.00 | $0.00 | OA | $0.00 | FA |
| 5  Savings account Evansville Teachers Federal Credit | $5.00 | $0.00 | OA | $0.00 | FA |
| 6  Checking account #5923 Regions Bank (Son's Student | $2,600.00 | $1,945.00 | OA | $0.00 | FA |
| 7  General Household Goods and Furnishings 222 West 6 | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 8  General books, music, videos, pictures, art and co | $300.00 | $0.00 | OA | $0.00 | FA |
| 9  General Wearing Apparel 222 West 6th Street, Bickn | $500.00 | $0.00 | OA | $0.00 | FA |
| 10  General Furs and Jewelry 222 West 6th Street, Bick | $800.00 | $0.00 | OA | $0.00 | FA |
| 11  General Firearms, Sports, Exercise, Photographic a | $150.00 | $0.00 | OA | $0.00 | FA |
| 12  Minnesota Life Group Term : 1. Supplemental term l | $0.00 | $0.00 | OA | $0.00 | FA |
| 13  State of Indiana Public Employees Retirement Accou | $7,846.00 | $0.00 | OA | $0.00 | FA |
| 14  Hoosier Start | Unknown | $0.00 | OA | $0.00 | FA |
| 15  Settlement from class action Wells Fargo Inspectio | Unknown | $1.00 | | $0.00 | $1.00 |

**Asset Notes:** Debtor does not have records needed to support claim for class action.

| Case No.: | 15-80913 | | | Trustee Name: | Lou Ann Marocco |
| Case Name: | POWERS, RONALD EDWARD AND POWERS, TAMARA JANE | | | Date Filed (f) or Converted (c): | 11/11/2016 (c) |
| For the Period Ending: | 03/31/2019 | | | §341(a) Meeting Date: | 12/20/2016 |
| | | | | Claims Bar Date: | 06/05/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | 1997 Chrysler Sebring Convertible; 147,000 miles; | $1,713.00 | $0.00 | OA | $0.00 | FA |
| 17 | 1992 Jeep Wrangler; 147,000 miles; 222 West 6th St | $4,700.00 | $0.00 | OA | $0.00 | FA |
| 18 | 1994 Ford Escape; 154,000 miles; 222 West 6th Stre | $3,238.00 | $0.00 | OA | $0.00 | FA |
| 19 | 1995 Chevy Lumina LS; 125,000 miles; 222 West 6th | $2,688.00 | $0.00 | OA | $0.00 | FA |
| 20 | Miscellaneous Personal Property 222 West 6th Stree | $200.00 | $0.00 | OA | $0.00 | FA |
| 21 | Possible PERSONAL INJURY/MED MAL AND OR PROD LIAB (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| 22 | Preference - Wage Garnishment (u) | $0.00 | $1.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $94,630.00 | $2,098.00 | | $0.00 | $2.00 |

**Major Activities affecting case closing:**

| 03/01/2019 | Awaiting settlement for pending products liability claim. |
| 10/10/2018 | Received update from counsel re progress of litigation: It has moved forward to global settlement |
| 03/13/2018 | Rev update re pending personal injury case. |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-80913 | | | Trustee Name: | Lou Ann Marocco |
|---|---|---|---|---|---|
| Case Name: | POWERS, RONALD EDWARD AND POWERS, TAMARA JANE | | | Date Filed (f) or Converted (c): | 11/11/2016 (c) |
| For the Period Ending: | 03/31/2019 | | | §341(a) Meeting Date: | 12/20/2016 |
| | | | | Claims Bar Date: | 06/05/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

5/1/17  rev poc credit First

4/25/17 T has been substituted as the real party in interest in PI

4/13/17 rev email from counsel re Wells Fargo class action

3/29/17 rev poc of Midland

3/3/17 filed ROA

3/3/17 requested copy of state court garn order form counsel

3/2/17 filed app to employ spec counsel by counsel

1/18/17 rev order granting app to employ r and l

1/11/17 TC with Jim Young

1/6/16 review order

1/4/16 filed obj to ex via counsel

12/30/16 filed app to employ r and l

12/29/16 asked for Jim Young to assist and filed report of 341 held

| Initial Projected Date Of Final Report (TFR): | 11/30/2017 | Current Projected Date Of Final Report (TFR): | 12/30/2019 | /s/ LOU ANN MAROCCO |
|---|---|---|---|---|
| | | | | LOU ANN MAROCCO |